**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7983**

———————

JAMES OPLETON BRADLEY, JR.,

                                        Petitioner - Appellant,

        versus

R. DAVID MITCHELL,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen, Chief
District Judge.  (CA-01-599-3-2-MU)

———————

Submitted:  March 12, 2002          Decided:  April 29, 2002

———————

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

James Opleton Bradley, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Opleton Bradley, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court that Bradley's petition was untimely filed. See Bradley v. Mitchell, No. CA-01-599-3-2-MU (W.D.N.C. filed Nov. 9, 2001; entered Nov. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2